| | |
|---|---|
| **From:** | Leese, Nelson R. (Law) |
| **To:** | Eric Hecker; John Cuti; Alex Goldenberg |
| **Cc:** | Depoian, Carolyn (Law); Wachs, Melissa (Law); Passidomo, John (Law); Gallagher, Damian (Law) |
| **Subject:** | Consent to File Amended Complaint - Miller, et al. [21 Civ. 2616] |
| **Date:** | Wednesday, May 26, 2021 3:32:27 PM |
| **Attachments:** | Amended Complaint.pdf |

Counsel,

Defendants consent to Plaintiffs filing the Amended Complaint, attached here, originally filed in *Dahkeem Miller, et al. v. City of New York, et al.*, 21-cv-2616 (PKC) (SDNY), under ECF No. 22.

Regards.

Nelson R. Leese
Senior Counsel
Special Federal Litigation Division
New York City Law Department
(646) 983-9682
nleese@law.nyc.gov