# CUTI HECKER WANG LLP

305 BROADWAY, SUITE 607
NEW YORK, NY 10007

JOHN R. CUTI
212.620.2601   TEL
212.620.2611   FAX

JCUTI@CHWLLP.COM

November 14, 2022

***By ECF***

Hon. P. Kevin Castel
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Miller et al. v. City of New York et al.*, 21 Civ. 2616 (PKC)

Dear Judge Castel:

Together with Alexander Reinert, this firm represents the Plaintiffs in this putative class action. By Order dated October 18, 2022, the Court directed the parties to submit a status report by today. The next conference in this case is scheduled for February 22, 2023 at 11:00 a.m.

The parties write briefly to inform the Court that we have made substantial progress toward finalizing settlement terms. As we continue to engage in active discussions, the parties respectfully request an additional week – until November 21, 2022 – to submit a more comprehensive report. This joint request is the parties' first request for an extension of time to submit a status report.

Respectfully submitted,

*[signature]*

John R. Cuti

cc:   All Counsel of Record

*Application granted.*
*SO ORDERED*
*[signature] /s/ P. Kevin Castel, USDJ*
*11-15-22*