UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| DAHKEEM MILLER; JOSE GUITY; TRAVIS BUTLER; ARIAN PERALTA; GARY GARCIA, JR.; BOBBY DEE CRUZ, and ISAIAH MUHAMMAD, on their own behalf and on behalf of others similarly situated, | Case No. 21-cv-2616 (PKC) (KNF) **NOTICE OF MOTION** |
| Plaintiffs, | |
| -v- | |
| CITY OF NEW YORK; CYNTHIA BRANN; TIMOTHY FARRELL; HAZEL JENNINGS; and BRENDA COOKE, | |
| Defendants. | |

-------------------------------------------------------X

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23 and Local Civil Rule 7.1(a), and upon the Declaration of Alexander A. Reinert, the exhibits attached thereto, the Declaration of Kristen Stallings Regarding Settlement Administration, the exhibit attached thereto, and the accompanying Memorandum of Law in Support of Motion for Preliminary Approval of the Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of the Claims Administrator, and Appointment of Class Counsel, and all other pleadings and records on file in this case, Plaintiffs will move before the Honorable P. Kevin Castel at a date and time determined by the Court for an Order pursuant to Fed. R. Civ. P. 23: (1) granting preliminary approval of the settlement Stipulation (attached as Exhibit 1 to the Declaration of Alexander A. Reinert); (2) conditionally certifying the proposed settlement class under Federal Rule of Civil Procedure 23(b)(3); (3) appointing Rust Consulting, Inc. as Administrator; and (4) appointing Plaintiffs' counsel as class counsel.

Dated: New York, New York
April 19, 2023

Respectfully submitted,

By: s:/Alexander A. Reinert
Alexander A. Reinert
55 Fifth Avenue, Room 1005
New York, New York 10003
(646) 592-6543
areinert@yu.edu

CUTI HECKER WANG LLP
Eric Hecker
John R. Cuti
Alexander Goldenberg
Daniel Mullkoff
305 Broadway, Sixth Floor
New York, New York 10007
(212) 620-2600
ehecker@chwllp.com
dmullkoff@chwllp.com

*Attorneys for Plaintiffs*

To:

SYLVIA O. HINDS-RADIX
Corporation Counsel of the
 City of New York
*Attorney for Defendants*
Attn: Alan H. Scheiner
     Carolyn Depoian
100 Church Street, 3rd Floor
New York, New York 10007