United States District Court
Southern District of New York

case# 21-cv-2616

Miller et al — Plaintiff

V.

City of New York et al — Defendant

Att: Pro Se Office

    My name is Christopher Ransom, i am one of the plaintiff's in this class action settlement case. I am respectfully requesting 1) the City of New York challenge to my claim, 2) The plaintiff responce to the city's challenge of my claim, and 3) A current Docket sheet as it relates to this challenge and case. Please, and Thank You.

Dated: 11/10/23

Please Reply
Respectfully Submitted:
Christopher Ransom - Plaintiff/litigant

SS: 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
D.I.N: 21A2662
Shawangunk Correctional Facility
P.O. box: 700
Wallkill, New York 12589

RECEIVED NOV 13 2023 PRO SE OFFICE

SHAWANGUNK CORRECTIONAL FACILITY
P.O. BOX 700
WALLKILL, NEW YORK 12589

NAME: Christopher Ransom  DIN: 21A2662

RECEIVED
NOV 13 2023
PRO SE OFFICE

ALBANY SHAWANGUNK
10 NOV 2023 PM 1 L
CORRECTIONAL FACILITY

Att: ~~Judge~~

PRO Se Office
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

10007-133099

NEOPOST
11/10/2023
US POSTAGE $000.63

USPS
ZIP 12589
041...

Legal
FIRST-CLASS MAIL