Affirmation OF Service + Notice

United States District Court
Southern District OF New York

COPY

Miller, et al                    "SETTLEMENT"
    -v-                              "CASE"
N.Y.C., et al                   "CLASS ACTION"
State OF New York              "#21-CV-2616"
Sullivan County

I, Leroy Dorsey, declare declare under the Penalty OF Perjury is True, People-v-Sullivan # 452 N.Y.S.-2d 373 (1982). X Leroy Dorsey

"NOTICE", I, am Leroy Dorsey #18A1978, Sullivan C.F., P.O.-Box #116, Fallsburg, N.Y., 12733-0116, this 17th day of November 2023, and, I am writing, the, "CLERK" of this court, because, I am a part of this "CASE", so, I need request the "information", e.t.c., to recieve my "check". I need the Lawfirm's info please?

Leroy Dorsey

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Leroy Y. Dorsey    DIN: 13A1978

SULLIVAN CORRECTIONAL FACILITY
P.O. BOX 116
FALLSBURG, NEW YORK 12733-0116
NAME: Leroy Dorsey    DIN: 13A1978

United States District Court
Southern District of New York
500 Pearl Street, New York, NY
"ATTENTION - Clerk"

[Postmark: SULLIVAN CORRECTIONAL FACILITY NOV 2023]
[Stamp: RECEIVED NOV 21 2023 PRO SE OFFICE]
[Stamp: RECEIVED NOV 22 2023 PRO SE OFFICE]
[Stamp: CLERK'S OFFICE S.D.N.Y.]
FIRST-CLASS MAIL