UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAHKEEM MILLER, et al.,

                Plaintiffs,                21 cv 2616 (PKC)(JEW)

    -against-                            ORDER

CITY OF NEW YORK, et al.,

                Defendants.

---

CASTEL, U.S.D.J.

      The Court has reviewed the proposed Stipulation and Order submitted on January 2, 2024. An Article III Court cannot sign off on a bespoke means of adjudication contemplated by neither the Federal Rules of Civil Procedure nor existing case law.

      The Court endorses the proposal to refer the identified matters to Judge Willis and the proposal that the rulings of Judge Willis be binding and not the subject of any appeal. The Court is empowered to refer the matters to a Magistrate Judge and the parties are free to waive their right to appeal a judicial order.

      But the collateral consequences of a judicial ruling are not for the Court issuing the ruling to decide. Nor will the Court commit to non-submission of an order to a database or reporter. The Court plays no affirmative role in submitting decisions to anyone. Any person is free to publish or report on an order that has been docketed on the ECF system. The work of the Court is the public's business. The parties, on the other hand, are free to restrain their own actions in any lawful manner.

      Application DENIED without prejudice.

SO ORDERED.

Dated: New York, New York
January 5, 2024

_____
P. Kevin Castel
United States District Judge