UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAHKEEM MILLER *et al.,*

                    Plaintiffs,                    **ORDER**

       -against-                           **21-CV-2616 (PKC) (JW)**

CITY OF NY *et al,*

                   Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

    With apologies for any inconvenience, the Court needs to reschedule the oral argument set for tomorrow. Instead of 1 pm, **the Court will hear oral argument at 2 pm.**

    SO ORDERED.

DATED:    New York, New York
               September 4, 2024

                                                  */s/ Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge