UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAHKEEM MILLER *et al.,*

                    Plaintiffs,

    -against-

CITY OF NY *et al*,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-2616 (PKC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    As discussed at the previous conference, the Court will read its decision into the record. The Parties shall appear next Thursday, **September 26th, at 3 pm** in Courtroom 228, 40 Foley Square.

    SO ORDERED.

DATED:    New York, New York
               September 16, 2024

                                                                            JENNIFER E. WILLIS
                                                                           United States Magistrate Judge