UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAHKEEM MILLER, et al.,

                Plaintiffs,                            21-cv-2616 (PKC)

    -against-                                                ORDER

CITY OF NEW YORK, et al.,

                Defendants.

---

CASTEL, U.S.D.J.

        The Court has received from plaintiffs' counsel a Supplemental Memorandum in Support of the Motion to Certify the Class, Grant Final Approval of Proposed Class Action Settlement, Appoint Class Counsel, Approve Class Representative Service Awards, and Approve Award of Attorneys' Fees and Costs. (ECF 196.) Any person who wishes to make a further submission in support or opposition to the relief sought shall do so by November 30, 2024.

        SO ORDERED.

Dated: New York, New York
       November 19, 2024

                                                P. Kevin Castel
                                      United States District Judge