UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DAHKEEM MILLER; JOSE GUITY;      Case No. 21-cv-2616 (PKC) (JW)
TRAVIS BUTLER; ARIAN PERALTA;
GARY GARCIA, JR.; BOBBY DEE
CRUZ, and ISAIAH MUHAMMAD,
on their own behalf and on behalf
of others similarly situated,

           Plaintiffs,

    -v-

CITY OF NEW YORK; CYNTHIA BRANN;
TIMOTHY FARRELL; HAZEL JENNINGS;
and BRENDA COOKE,

           Defendants.
-------------------------------------------------------X

## FINAL JUDGMENT

WHEREAS, on December 20, 2024 (ECF No. 199), the Court issued an Order Granting Final Approval of the Class Action Settlement, finally certifying the Class pursuant to Federal Rule of Civil Procedure 23(b)(3), confirming the appointments of the Class Representatives, Class Counsel, and the Administrator, approving the distribution of the Notices and Claim Forms, finding that the Objections are without merit, and approving the proposed Service Awards and proposed attorneys' fees and costs;

NOW, THEREFORE, it is hereby ADJUDGED, pursuant to Federal Rule of Civil Procedure 58, as follows:

1. All claims in this action are hereby DISMISSED with prejudice.

2. Notwithstanding the foregoing, the Court expressly retains exclusive and continuing jurisdiction over the Settlement, the Parties to the Settlement, Class Members, and

anyone else who appeared before this Court for all matters relating to the Settlement, including the making of payments to Class Members and to Class Counsel, and the implementation and enforcement of the terms of the Settlement and of this Order.

The Clerk of the Court is directed to enter this JUDGMENT in accordance with Federal Rule of Civil Procedure 58 on this 30th day of December, 2024.

P. Kevin Castel
United States District Judge